# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, MARCH TERM, 1893.

The Phœnix Bridge Company, Appellant, v. The Keystone Bridge Company, Respondent.— Judgment affirmed, with costs, on opinion of Mr. Justice Beach, in court below.

James Crawford, Trustee, etc., Appellant, v. Alfred B. Price, Respondent. — Appeal ordered stricken from calendar. Opinion *Per Curiam*: It appearing that the case has not been certified; and the papers not showing that the parties have stipulated in writing that the papers are copies of the judgment roll and case this appeal was improperly upon the calendar, and should be stricken therefrom.

Cornelius L. Cooke, Respondent, v. The Phœnix Bridge Company, Appellant. — Judgment affirmed, with costs. No opinion.

Frederick A. Haight, Appellant, v. Watson B. Dickerman, as President, etc., Respondent, Impleaded, etc. — Judgment affirmed, with costs, on opinion written on appeal from order vacating injunction.

Rufus O. Parker, Respondent, v. The Mayor, etc., of the City of New York, Appellant.— Order affirmed, without opinion.

Martha E. Clark, Respondent, v. Frederick K. Clark, Appellant.— Order denying motion to strike out, etc., affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J. : It is claimed that the judgment entered herein exceeds the prayer and allegations of the complaint. An inspection of the complaint, however, shows that this claim is entirely unfounded, and that all the relief granted in the decree was prayed for. It is further urged that this action was brought to quiet title and that certain allegations necessary to such an action were not contained in the complaint in question. It may be doubtful whether any such question can be raised upon this appeal. If the allegations in the complaint were insufficient it was the duty of the defendant to demur to the same. But the action is not founded upon any such theory. It was a bill to have adjudged null and void certain instruments which had been given by the plaintiff to the defendant, and to enjoin him from attempting to assert rights by reason of such instruments, and that is all that was adjudicated. The order appealed from denying the motion to strike out portions of the decree should be affirmed with ten dollars costs and disbursements. The appeal from the order denying the motion to resettle said order is also equally without merit. The question as to the right of the appellant to have the date of the decree changed to the time when it was made, filed and entered, does not possess any greater merit as the decree was dated upon the day upon which the court directed the judgment to be entered. This order, therefore, should also be affirmed, with ten dollars costs and disbursements.

Julius H. Caryl v. F. X. Stafford and others.— Motion dismissed. (Mem.)

William H. Daniells and others v. F. X. Stafford and others.—Motion dismissed. (Mem.)

Philo T. Ruggles v. F. X. Stafford and others.— Motion dismissed. (Mem.)

John P. Paulison, Respondent, v. Benjamin Gates and others, Appellants. — Motion granted, with ten dollars costs.

John P. Paulison, Respondent, v. Benjamin Gates and others, Appellants. — Motion granted, with ten dollars costs.

The Dueber Watchcase Manufacturing Company, Respondent, v. Joseph Fahys and others, Appellants.—Order affirmed, with ten dollars costs and disbursements.

## FIFTH DEPARTMENT, MARCH TERM, 1893.

George Boll, Administrator, etc., Plaintiff, v. The Steam Gauge and Lantern Company, Defendant.— Plaintiff's motion for a new trial denied, with costs, and judgment ordered for the defendant on the nonsuit, on the authority of Pauley. against the same defendant (131 N. Y. 90).

Electa A. Dyke, Respondent, v. William Spargus and others, Appellants. — Judgment appealed from affirmed, with costs.

Henry J. Bowden, Respondent, v. James C. Fargo, as President of the Merchants' Despatch Transportation Company, Appellant.— Judgment of the County Court of Monroe county appealed from affirmed. Dwight, P. J., not voting.

Belle D. Wilson, as Administratrix, etc., Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Interlocutory judgment appealed from affirmed, with costs, with leave to the plaintiff to amend her complaint in twenty days on payment of the costs of the demurrer and of this appeal.

In the Matter of the Probate of the Last Will and Testament of Samuel Wilcox, Deceased.— Decree of the surrogate of Monroe county admitting the will to probate affirmed, with costs to the respondent, payable out of the estate.

Clara Whiteman Gibbs, Administratrix, etc., Respondent, v. The Merchants' and Farmers' National Bank of Dansville, N. Y., Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements.

George C. Buell and others, Respondents, v. John W. Sickly, Jr., Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements.

Frank P. Pease and another, Respondents, v. Anna De Etta Pease and another, Appellants, and two other cases.— Order in each case appealed from affirmed, with ten dollars costs of one case, and the disbursements in the three cases.

Frank Hilliard, Respondent, v. The Mottville Paper Company (Limited), Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements.

Oliver Crothers and another, Respondents, v. Union Brewing Company and others, Appellants.—Judgment appealed from affirmed.

John B. Salisbury and another, Respondents, v. George Mott, Appellant.— Judgment of On-